B6A (Official Form 6A) (12/07)

FILED
April 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002540501

In re  Rohit Vikash Prasad & Munita Aileen Prasad          Case No.  2010-27437
_____                           _____
            Debtor                                                   (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| El Camino Avenue Commercial Property<br><br>281 & 295 El Camino Ave.<br>Sacramento, CA 95815 | Fee Simple | C | 402,900.00 | 453,371.61 |
| Bellingham Court Residence<br><br>200 Bellingham Court<br>Lincoln, CA 95648 | JTWROS | W | 305,910.00 | 609,258.84 |
| Albatross Way Rental Property<br><br>1641 Albatross Way<br>Rocklin, CA 95765 | Fee Simple | H | 310,563.00 | 554,574.39 |
| Bellingham Court Rental Property<br><br>205 Bellingham Court<br>Lincoln, CA 95648 | Fee Simple | H | 218,463.00 | 445,943.78 |
| | | Total ➤ | 1,237,836.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-748 - 32561

B6B (Official Form 6B) (12/07)

In re <u>Rohit Vikash Prasad & Munita Aileen Prasad</u>  Case No. <u>2010-27437</u>
     **Debtor**          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash<br>In Debtor's Possession | C | 5.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | U.S. Bank Personal Checking Account<br>U.S. Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | C | 1.38 |
| | | U.S. Bank Business Checking Account<br>U.S. Bancorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | C | 0.56 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Funishings (no item more than $525 in value)<br>In Debtor's Possession | C | 1,400.00 |
| | | Books<br>In Debtor's Possession | C | 80.00 |
| | | Miscellaneous Art<br>In Debtor's Possession | C | 100.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-748 - 23561

In re   Rohit Vikash Prasad & Munita Aileen Prasad                    Case No.   2010-27437
                          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Men's Clothing<br>In Debtor's Possession | C | 300.00 |
| | | Women's Clothing<br>In Debtor's Possession | C | 450.00 |
| | | Children's Clothing<br>In Debtor's Possession | C | 350.00 |
| 7.  Furs and jewelry. | | Assorted Jewelry<br>In Debtor's Possession | W | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Canon Digital Camera<br>In Debtor's Possession | C | 50.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Triple SSS Investments, Inc.<br>In Debtor's Possession<br>This is a closed business dealing in retail used autos--name still owned by Debtor<br>Debtor still owns corporate name | H | 1.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-748 - 32561

In re   Rohit Vikash Prasad & Munita Aileen Prasad                    Case No.  2010-27437
_____                              _____
                        Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Dodge Magnum<br>In Debtor's Possession<br>VIN: 2D4FV47T18H111332<br>Mileage: 34,341<br>Condition: Good | W | 12,295.00 |
| | | 2001 E320 Mercedes Benz<br>In Debtor's Possession<br>VIN: WDBJF65J21B201975<br>Mileage: 65,430<br>Condition: Good | H | 11,520.00 |

In re  Rohit Vikash Prasad & Munita Aileen Prasad
                Debtor

Case No.  2010-27437
            (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Furniture<br>In Debtor's Possession | H | 450.00 |
| | | Office Telephones<br>In Debtor's Possession | C | 150.00 |
| | | Office Supplies<br>In Debtor's Possession | C | 150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

       0    continuation sheets attached    Total    $    27,502.94

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 22561

In re __Rohit Vikash Prasad & Munita Aileen Prasad__          Case No. __2010-27437__
          __Debtor__                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| El Camino Avenue Commercial Property | C.C.P. 703.140(b)(5) | 0.00 | 402,900.00 |
| Household Goods and Funishings (no item more than $525 in value) | C.C.P. 703.140(b)(3) | 1,400.00 | 1,400.00 |
| Bellingham Court Residence | C.C.P. 703.140(b)(1) | 0.00 | 305,910.00 |
| Albatross Way Rental Property | C.C.P. 703.140(b)(5) | 0.00 | 310,563.00 |
| Bellingham Court Rental Property | C.C.P. 703.140(b)(5) | 0.00 | 218,463.00 |
| Books | C.C.P. 703.140(b)(3) | 80.00 | 80.00 |
| Miscellaneous Art | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Men's Clothing | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Office Furniture | C.C.P. 703.140(b)(3) | 450.00 | 450.00 |
| Office Telephones | C.C.P. 703.140(b)(3) | 150.00 | 150.00 |
| Office Supplies | C.C.P. 703.140(b)(3) | 150.00 | 150.00 |
| 2008 Dodge Magnum | C.C.P. 703.140(b)(5) | 0.00 | 12,295.00 |
| 2001 E320 Mercedes Benz | C.C.P. 703.140(b)(5) | 0.00 | 11,520.00 |
| Assorted Jewelry | C.C.P. 703.140(b)(4) | 200.00 | 200.00 |
| Canon Digital Camera | C.C.P. 703.140(b)(3) | 50.00 | 50.00 |
| Triple SSS Investments, Inc. | C.C.P. 703.140(b)(5) | 1.00 | 1.00 |
| U.S. Bank Personal Checking Account | C.C.P. 703.140(b)(5) | 1.38 | 1.38 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-748 - 32561

In re  <u>Rohit Vikash Prasad & Munita Aileen Prasad</u>          Case No.  <u>2010-27437</u>
                    **Debtor**                                                     **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| U.S. Bank Business Checking Account | C.C.P. 703.140(b)(5) | 0.56 | 0.56 |
| Women's Clothing | C.C.P. 703.140(b)(3) | 450.00 | 450.00 |
| Cash | C.C.P. 703.140(b)(5) | 5.00 | 5.00 |
| Children's Clothing | C.C.P. 703.140(b)(3) | 350.00 | 350.00 |

In re <u>Rohit Vikash Prasad & Munita Aileen Prasad</u> ,          Case No <u>2010-27437</u>

　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1812<br><br>Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | | C | Incurred: 11/06<br>Lien: 1st Deed of Trust<br>Security: Bellingham Court Rental Property<br>205 Bellingham Court<br>Lincoln, CA 95648<br><br>VALUE $          218,463.00 | | | | 383,166.18 | 164,703.18 |
| ACCOUNT NO. 1826<br><br>Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | | C | Incurred: 05/2003<br>Lien: 1st Deed of Trust<br>Security: Albatross Way Rental Property<br>1641 Albatross Way<br>Rocklin, CA 95765<br><br>VALUE $          310,563.00 | | | | 462,286.16 | 151,723.16 |
| ACCOUNT NO. 1801<br><br>Blackburne and Brown<br>4811 Chippendale Dr. S101<br>Sacrmamento, CA 95841 | | C | Incurred: 06/2007<br>Lien: 1st Deed of Trust<br>281 & 295 El Camino Ave.<br>Sacramento, CA 95815<br><br>VALUE $          402,900.00 | | | | 440,104.17 | 37,204.17 |

<u>　3　</u> continuation sheets attached

Subtotal ▶　　$1,285,556.51　　$ 353,630.51
(Total of this page)

Total ▶　　$　　　　$
(Use only on last page)

(Report also on　　　(If applicable, report
Summary of Schedules)　also on Statistical
　　　　　　　　　　Summary of Certain
　　　　　　　　　　Liabilities and Related
　　　　　　　　　　Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.3-748 - 32561

In re   Rohit Vikash Prasad & Munita Aileen Prasad   ,      Case No.    2010-27437
         **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9285<br><br>Citi Mortage<br>PO Box 6006<br>The Lakes, NV 88901-6006 | | C | Incurred: 07/2005<br>Lien: 1st Deed of Trust<br>Security: Bellingham Court Residence<br>200 Bellingham Court<br>Lincoln, CA 95648<br><br>VALUE $            305,910.00 | | | | 335,785.99 | 29,875.99 |
| ACCOUNT NO. 4279<br><br>Flagstar Mortgage<br>PO Box 371891<br>Pittsburgh, PA 15250-7891 | | C | Incurred: 07/2005<br>Lien: 2nd Deed of Trust<br>Security: Bellingham Court Residence<br>200 Bellingham Court<br>Lincoln, CA 95648<br><br>VALUE $            305,910.00 | | | | 263,681.37 | 263,681.37<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 6981<br><br>Flagstar Mortgage<br>PO Box 371891<br>Pittsburgh, PA 15250-7891 | | C | Incurred: 11/06<br>Lien: 2nd Deed of Trust<br>Security: Bellingham Court Rental Property<br>205 Bellingham Court<br>Lincoln, CA 95648<br><br>VALUE $            218,463.00 | | | | 55,967.73 | 55,967.73<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 2860<br><br>Golden One Credit Union<br>PO Box 15966<br>Sacramento, CA 95852 | | C | Incurred: 09/2006<br>Lien: Vehicle Loan<br>2001 E320 Mercedes Benz<br>VIN: WDBJF65J21B201975<br><br>VALUE $            11,520.00 | | | | 14,683.29 | 3,163.29 |
| ACCOUNT NO. 1501<br><br>Lincoln Crossing<br>Merit Property Management<br>PO Box 30488<br>Los Angeles, CA 90030-0488 | | C | Lien: Home Owners Association<br>200 Bellingham Court<br>Lincoln, CA 95648<br><br>VALUE $            305,910.00 | | | | 1,088.44 | 0.00 |

Sheet no. _1_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal(s)   $   671,206.82      $
(Total(s) of this page)
Total(s)   $                           $
(Use only on last page)

(Report also on          (If applicable, report
Summary of Schedules)   also on Statistical
                         Summary of Certain
                         Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 – 32561

B6D (Official Form 6D) (12/07) – Cont.

In re    Rohit Vikash Prasad & Munita Aileen Prasad    ,    Case No.    2010-27437
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. LICR...1002<br><br>Lincoln Crossing<br>Meritt Property Managment<br>PO Box 30488<br>Los Angeles, CA 90030-0488 | | C | Lien: Home Owners Association<br>205 Bellingham Court<br>Lincoln, CA 95648<br><br>VALUE $            218,463.00 | | | | 1,101.99 | 0.00 |
| ACCOUNT NO. 1314<br><br>One West Bank<br>888 East Walnut Street<br>Pasadena, CA 91101 | | C | Incurred: 05/2003<br>Lien: 2nd Deed of Trust<br>Security: Albatross Way Rental Property<br>1641 Albatross Way<br>Rocklin, CA 95765<br><br>VALUE $            310,563.00 | | | | 86,248.27 | 86,248.27<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 3281...6000<br><br>Placer County Tax<br>2976 Richardson Dr.<br>Auburn, CA 95603 | | C | Incurred: 2009<br>Lien: Property Taxes<br>Security: Bellingham Court Residence<br>200 Bellingham Court<br>Lincoln, CA 95648<br><br>VALUE $            305,910.00 | | | | 8,703.04 | 0.00 |
| ACCOUNT NO. 3281...1000<br><br>Placer County Tax<br>2976 Richardson Dr.<br>Auburn, CA 95603 | | C | Incurred: 2009<br>Lien: Property Taxes<br>Security: Bellingham Court Rental Property<br>205 Bellingham Court<br>Lincoln, CA 95648<br><br>VALUE $            218,463.00 | | | | 5,707.88 | 0.00 |
| ACCOUNT NO. 3650...6000<br><br>Placer County Tax<br>2976 Richardson Dr.<br>Auburn, CA 95603 | | C | Incurred: 2009<br>Lien: Property Taxes<br>Security: Albatross Way Rental Property<br>1641 Albatross Way<br>Rocklin, CA 95765<br><br>VALUE $            310,563.00 | | | | 6,039.96 | 0.00 |

Sheet no. _2_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)    $    107,801.14    $
(Total(s) of this page)
Total(s)    $                          $
(Use only on last page)

(Report also on                (If applicable, report
Summary of Schedules)      also on Statistical
　　　　　　　　　　　　　　　　Summary of Certain
　　　　　　　　　　　　　　　　Liabilities and Related

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

In re   Rohit Vikash Prasad & Munita Aileen Prasad        ,        Case No.     2010-27437
         Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2630...0000 <br><br>Sacramento County Tax Collector <br>PO Box 508 <br>Sacramento, CA 95812 | | C | Incurred: 2008 <br>Lien: Property Taxes <br>281 & 295 El Camino Ave. <br>Sacramento, CA 95815 <br><br>VALUE $        402,900.00 | | | | 13,267.44 | 0.00 |
| ACCOUNT NO. 9001 <br><br>Wells Fargo <br>PO Box 60510 <br>Los Angeles, CA 90060 | | J | Incurred: 10/2008 <br>Lien: Vehicle Loan <br>Security: 2008 Dodge Magnum <br><br>VALUE $         12,295.00 | | | | 24,399.99 | 12,104.99 |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. 3 of 3 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)                              $   37,667.43   $   12,104.99

Total(s)
(Use only on last page)                          $ 2,102,231.90   $  804,672.15

(Report also on              (If applicable, report
Summary of Schedules)     also on Statistical
                                      Summary of Certain
                                      Liabilities and Related

*Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.3-748 - 32561*

In re___Rohit Vikash Prasad & Munita Aileen Prasad_____,     Case No.____2010-27437_____
                          Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) - Cont.**

In re  Rohit Vikash Prasad & Munita Aileen Prasad
_____ ,
              Debtor

Case No. 2010-27437
_____
         (if known)

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

1
____ **continuation sheets attached**

In re  Rohit Vikash Prasad & Munita Aileen Prasad____,   Case No.   2010-27437
_____
       Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1008...8456<br><br>Board of Equalization<br>3321 Power Inn Rd. S210<br>Sacramento, CA 95826-3889 | | C | Consideration: Taxes | | | | 33,000.00 | 0.00 | 33,000.00 |
| ACCOUNT NO.  2009...2443<br><br>County of Siskiyou<br>PO Box 1026<br>Yreka, CA 96097-1026 | | J | Consideration: Traffic Fine | | | | 500.00 | 500.00 | 0.00 |
| ACCOUNT NO.  2722...8890<br><br>Sacramento County Revenue<br>PO Box 1086<br>Sacramento, CA 95812-1086 | | J | Consideration: Traffic Fine | | | | 5,000.00 | 5,000.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 38,500.00 | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 38,500.00 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 5,500.00 | $ 33,000.00 |

In re <u>Rohit Vikash Prasad & Munita Aileen Prasad</u>,     Case No. <u>2010-27437</u>

           Debtor                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Add A Jack <br> 10900 Pinella Way <br> Rancho Cordova, CA 95670 | | C | Consideration: Commercial Wiring | | | | 210.00 |
| ACCOUNT NO. 5794215 <br> ADT Alarm <br> PO Box 650485 <br> Dallas, TX 75265-0485 | | C | Consideration: Alarm Services | | | | 56.26 |
| ACCOUNT NO. 4420 <br> Alhambra Water Supply <br> PO Box 660579 <br> Dallas, TX 75266-0579 | | C | Consideration: Water Supplies | | | | 100.00 |
| ACCOUNT NO. 4008 <br> American Express <br> PO Box 0001 <br> Los Angeles, CA 90096-8000 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 4,067.71 |

<u>22</u> continuation sheets attached

Subtotal ⟩ $     4,433.97

Total ⟩ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

In re  Rohit Vikash Prasad & Munita Aileen Prasad          ,       Case No.  2010-27437
_____
              Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3005<br><br>American Express Blue<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 7,922.69 |
| ACCOUNT NO.  1007<br><br>American Express Plum<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 1,813.62 |
| ACCOUNT NO.  7562<br><br>ATT Business<br>Payment Center<br>Sacramento, CA 95887-001 | | C | Consideration: Telecommunications Services | | | | 3,763.93 |
| ACCOUNT NO.  0328<br><br>ATT Home<br>Payment Center<br>Sacramento, CA 95887-0001 | | C | Consideration: Telecommunications Services | | | | 419.65 |
| ACCOUNT NO.  0861<br><br>Auburn Placer Disposal Center<br>PO Box 60818<br>Los Angeles, CA 90060-0818 | | C | Incurred: 01/01/2009<br>Consideration: Utilities | | | | 150.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.3-748 - 32561

Sheet no. 1 of 22 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  14,069.89

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad    ,    Case No.  2010-27437
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1812 <br><br> Bac Home Loans Servicing <br> PO Box 10219 <br> Van Nuys, CA 91410-0219 | | C | Consideration: Collection Agency Collecting for Bank of America | | | | Notice Only |
| ACCOUNT NO.  1826 <br><br> Bac Home Loans Servicing <br> PO Box 10219 <br> Van Nuys, CA 91410-0219 | | C | Consideration: Collection Agency Collecting for Bank of America | | | | Notice Only |
| ACCOUNT NO.  7424 <br><br> Bank of America <br> 21 Schoodic Drive <br> Belfast, ME 04915-6854 | | C | Consideration: Collection Agency Collecting for Bank of America | | | | Notice Only |
| ACCOUNT NO.  7424 <br><br> Bank of America <br> 2801 Marconi Ave. <br> Sacramento, CA 95821 | | C | Consideration: NSF Checks | | | | 2,100.00 |
| ACCOUNT NO.  9327 <br><br> Bank of America <br> PO Box 15726 <br> Wilmington, DE 19886-5726 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 22,460.95 |

Sheet no. 2 of 22 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 24,560.95

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-748 - 32561

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Rohit Vikash Prasad & Munita Aileen Prasad</u>                ,     Case No. <u>2010-27437</u>
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3822 <br><br> Bank of America Business Card <br> PO Box 15710 <br> Wilmington, DE 19886-5710 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 17,707.66 |
| ACCOUNT NO. 1585 <br><br> Bank of Stockton <br> PO Box 1110 <br> Stockton, CA 95201 | | C | Consideration: NSF Checks | | | | 250.00 |
| ACCOUNT NO. 7562 <br><br> Bay Area Credit Service LLC. <br> PO Box 468449 <br> Atlanta, GA 31146 | | C | Consideration: Collection Agency Collecting for ATT Business | | | | Notice Only |
| ACCOUNT NO. 2030 <br><br> Capital One <br> PO Box 60599 <br> City of Industry, CA 91716-0599 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 5,584.76 |
| ACCOUNT NO. 7847 <br><br> Capital One Auto Finance <br> 3905 Dallas Parkway <br> Plano, TX 75093 | | J | Consideration: Vehicle Trade In 2005 Ford Mustang VIN# 1ZVFT80N855147847 | | | | 15,709.43 |

Sheet no. __3__ of 22 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   39,251.85

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 22561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad _____,  Case No.  2010-27437
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Triple SSS Auto Sales<br><br>Capital Power<br>4636 Watt Ave.<br>Sacramento, CA 95660 | | J | Consideration: Warranty Debt Refunds | | | | 25,000.00 |
| ACCOUNT NO.  2384<br><br>CCG Continental Commercial Group<br>655 Lewelling Blvd. Suite 325<br>San Leandro, CA 94579 | | C | Consideration: Collection Agency Collecting for Golden State Overnight | | | | Notice Only |
| ACCOUNT NO.  1803<br><br>Chase Auto<br>14800 Frye Rd. 1st Floor<br>Ft. Worth, TX 76155 | | C | Consideration: Collection Agency Collecting for Chase Auto Finance | | | | Notice Only |
| ACCOUNT NO.  1803<br><br>Chase Auto Finance<br>PO Box 78068<br>Phoenix, AZ 85062-8068 | | C | Consideration: Repossessed Vehicle 2007 Mercedes S550 Vehicle Sold 4/9/2009 | | | | 77,000.00 |
| ACCOUNT NO.  4221<br><br>Children's Place<br>One Processing Center<br>Des Moines, IA 50364-0001 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 496.82 |

Sheet no. 4 of 22 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  102,496.82

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

In re  Rohit Vikash Prasad & Munita Aileen Prasad ____,  Case No.  2010-27437 ____
        _____Debtor_____                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cipriano Vidales<br>2796 Grove Ave.<br>Sacramento, CA 95815 | | J | Consideration: Judgement | | | | 3,978.22 |
| ACCOUNT NO.<br><br>Citi Auto Financial<br>PO Box 182280<br>Columbus, OH 43218-2280 | | C | Consideration: Collection Agency Collecting for Citi Auto Financial | | | | Notice Only |
| ACCOUNT NO.<br><br>Citi Auto Financial<br>PO Box 3449<br>Coppell, TX 75019 | | C | Consideration: Lender Dues | | | | 1,600.00 |
| ACCOUNT NO.  4221<br><br>Citi Corp Credit Service<br>One Processing Center<br>Des Moines, IA 50364-0001 | | C | Consideration: Collection Agency Collecting for Children's Place | | | | Notice Only |
| ACCOUNT NO.  9000<br><br>City of Lincoln<br>600 6th St.<br>Lincoln, CA 95648 | | C | Incurred: 03/2009 Consideration: Utilities | | | | 280.00 |

Sheet no.  5  of 22  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,858.22

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad        ,        Case No.    2010-27437
                         Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4649<br><br>City of Sacramento<br>1395 35TH Ave.<br>Sacramento, CA 95822 | | C | Consideration: Collection Agency Collecting for City of Sacramento Utility | | | | Notice Only |
| ACCOUNT NO.  4649<br><br>City of Sacramento<br>PO Box 2770<br>Sacramento, CA 95812-2770 | | C | Consideration: Utilities | | | | 625.00 |
| ACCOUNT NO.  2081<br><br>City of Sacramento - Revenue Division<br>915 I Street<br>Sacramento, CA 95814 | | C | Consideration: Zoning Fees | | | | 10,000.00 |
| ACCOUNT NO.  4000<br><br>City of Sacramento Utility<br>PO Box 2770<br>Sacramento, CA 95812-2770 | | C | Consideration: Utilities | | | | 350.00 |
| ACCOUNT NO.<br><br>Clifford & Gina White<br>205 Bellingham Court<br>Lincoln, CA 95648 | | J | Consideration: Judgement | | | | 4,000.00 |

Sheet no.  6  of 22  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,975.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 3256l

B6F (Official Form 6F) (12/07) - Cont.

In re _Rohit Vikash Prasad & Munita Aileen Prasad_____,   Case No. _2010-27437_____
                        Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7025...8365<br><br>CNA Surety<br>2199 Innovation Way<br>Chicago, IL 60682-0021 | | J | Consideration: Bonds Company | | | | 50,000.00 |
| ACCOUNT NO. 8365<br><br>CNA Surety Bond<br>101 S. Philips Ave.<br>Sioux Falls, SD 57104-6703 | | C | Consideration: Bond Company | | | | 50,000.00 |
| ACCOUNT NO.<br><br>Credit Bureau Associates<br>460 Union Ave. Suite C<br>Fairfield, CA 94533-6320 | | C | Consideration: Collection Agency Collecting for Hussam Ahmed | | | | Notice Only |
| ACCOUNT NO. 8494<br><br>CST Company, Inc.<br>P.O. Box 33127<br>Louisville, KY 40232-3127 | | C | Consideration: Collection Agency Collecting for Reynold & Reynold | | | | Notice Only |
| ACCOUNT NO.<br><br>Data Line Credit Corp<br>18652 Florida Street Ste. 105<br>Huntington Beach, CA 92648 | | | Consideration: Collection Agency Collecting for Eds and Sons Towing | | | | Notice Only |

Sheet no. _7_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    100,000.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748  -  23561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad      ,     Case No.   2010-27437
           **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Triple SSS Auto Sales<br><br>Dealer Services Corp.<br>730 Howe Ave. Ste. 400<br>Sacramento, CA 95825 | | J | Consideration: Auction Fees | | | | 800.00 |
| ACCOUNT NO.  1007<br><br>Debt Alert<br>4836 Brecksville Rd<br>Richfield, OH 44286 | | C | Consideration: Collection Agency Collecting for American Express Plum | | | | Notice Only |
| ACCOUNT NO.  6302<br><br>Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 461.00 |
| ACCOUNT NO.  9660<br><br>Discover Card<br>PO Box 30395<br>Salt Lake City, UT 84130-0395 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 9,905.00 |
| ACCOUNT NO.  4580<br><br>Dish Network<br>PO Box 7203<br>Pasadena, CA 91109-7303 | | C | Consideration: Telecommunications Services | | | | 288.87 |

Sheet no.  8  of 22  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | |
|---|---|
| Subtotal ▶ | $  11,454.87 |
| Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.3-748 - 32561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad ,  Case No.  2010-27437
_____
           Debtor                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2857 <br> Dish Network Commercial <br> Dept. 0063 <br> Palatine, IL 60055-0063 | | C | Consideration: Telecommunications Services | | | | 140.96 |
| ACCOUNT NO.  7550 <br> Ebiz Auto Advertisment <br> 26000 Cannon Rd. <br> Clevelend, Ohio | | C | Consideration: Advertising | | | | 4,964.35 |
| ACCOUNT NO.  8205 <br> Eds and Sons Towing <br> 6213 32nd Street <br> North Highlands, CA 95660 | | J | Consideration: Towing & Storage Fees | | | | 1,800.00 |
| ACCOUNT NO. <br> El Mitote <br> 2216 Loma Vista Drive <br> Sacramento, CA 95825 | | C | Consideration: Advertising | | | | 1,800.00 |
| ACCOUNT NO. <br> Family Comfort Heating and Cooling <br> 3556 Day Ave. <br> Loomis, CA 95650-8802 | | C | Incurred: 2/25/09 <br> Consideration: Heater Repair | | | | 355.00 |

Sheet no. 9 of 22 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  9,060.31

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 22561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad _____ ,    Case No.  2010-27437
_____
Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1107 Fedex PO Box 7221 Pasadena, CA 91109-7321 | | C | Consideration: Shipping Services | | | | 60.03 |
| ACCOUNT NO. 2033 Finance Express 30318 Esperanza Rancho Santa Margarita, CA 92688 | | C | Consideration: Financial Services | | | | 520.00 |
| ACCOUNT NO. Triple SSS Auto Sales Financial Pacific Bonds PO Box 292220 Sacramento, CA 95829 | | J | Consideration: Bonds Company | | | | 11,000.00 |
| ACCOUNT NO. Financial Pacific Insurance Company Law Offices of Chung S. Poon 1322 Webster Street, Suite 401 Oakland, CA 94612 | | J | Consideration: Default Judgement | | | | 9,292.64 |
| ACCOUNT NO. 6201 Financial Recovery Systems PO Box 385908 Minneapolis, MN 55438-5908 | | C | Consideration: Collection Agency Collecting for HSBC Card | | | | Notice Only |

Sheet no. 10 of 22 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  20,872.67

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

B6F (Official Form 6F) (12/07) - Cont.

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Firecode<br>3722 West Pacific Ave.<br>Sacramento, CA 95820 | | C | Incurred: 11/2008<br>Consideration: Fire Safety Services | | | | 35.31 |
| ACCOUNT NO.<br>Fireside Bank<br>5050 Hopyard Road #200<br>Pleasanton, CA 94588 | | C | Consideration: Warranty Dues | | | | 25,000.00 |
| ACCOUNT NO.  4600<br>First Advantage<br>12395 First American Way<br>Poway, CA 92064 | | C | Consideration: Credit Services | | | | 23.88 |
| ACCOUNT NO.  4215<br>First Revenue Assurance<br>PO Box 3020<br>Alberqueque, NM 87190-3020 | | C | Consideration: Collection Agency Collecting for ADT Alarm | | | | Notice Only |
| ACCOUNT NO.<br>Folsom Appliance Repair Inc.<br>8940 Greenback Lane #140<br>Orangevale, CA 95662 | | J | Consideration: Maintainence Fees | | | | 230.00 |

Sheet no.  11  of 22  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   25,289.19

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 22561

B6F (Official Form 6F) (12/07) - Cont.

In re _Rohit Vikash Prasad & Munita Aileen Prasad_ , Case No. _2010-27437_
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4008<br>GC Services Limited Partnership<br>PO Box 47500<br>Jacksonville, FL 32247 | | C | Consideration: Collection Agency Collecting for American Express | | | | Notice Only |
| ACCOUNT NO. 0002...2384<br>Golden State Overnight<br>1201 Marina Village Parkway Suite 300 □<br>Alameda, CA 94501 | | C | Consideration: Shipping Services | | | | 44.87 |
| ACCOUNT NO. 1312<br>Great Northern Wheels and Deals<br>PO Box 2138<br>Oroville, CA 95965 | | C | Consideration: Advertising | | | | 600.00 |
| ACCOUNT NO. 2746<br>HFC Loan<br>PO Box 5608<br>Glendale Heights, IL 60139-5608 | | C | Consideration: Personal Loan | | | | 8,117.28 |
| ACCOUNT NO. 6201<br>HSBC Card<br>PO Box 60102<br>City of Industry, CA 91716-0102 | | C | Consideration: Credit Card Debt (Unsecured) | | | | 1,200.00 |

Sheet no. _12_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 9,962.15

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 33561

In re _Rohit Vikash Prasad & Munita Aileen Prasad_ ,   Case No. _2010-27437_
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hussam Ahmed <br> 716 19th Street Suite 100 <br> Sacramento, CA 95811 | | C | Incurred: 12/16/2008 <br> Consideration: Default Judgement | | | | 11,528.26 |
| ACCOUNT NO. <br><br> Javier Garcia <br> 360 Arcade Blvd. <br> Sacramento, CA 95815 | | J | Consideration: Auto Loan Trade In <br> 2005 Ford Mustang <br> VIN# 1ZVFT80N855147847 | | | | 16,000.00 |
| ACCOUNT NO. 4630 <br><br> Joseph, Mann & Creed <br> 20600 Chargin Blvd. <br> Shaker Heights, OH 44122-5340 | | C | Consideration: Collection Agency <br> Collecting for Sacramento Bee | | | | Notice Only |
| ACCOUNT NO. 8365 <br><br> Kazlow and Fields LLC <br> 11605 Crossroads Circle Suite J <br> Baltimore, MD 21220 | | J | Consideration: Collection Agency <br> Collecting for CNA Surety Bond | | | | Notice Only |
| ACCOUNT NO. 1244 <br><br> Kevin Faulk-Lemon Lawyers <br> 1400 Coleman Ave. Suite C-14 <br> Santa Clara, CA 95050 | | J | Consideration: Potential Lawsuit / Fees | | | | 23,000.00 |

Sheet no. _13_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   50,528.26

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.3-748 - 32561

B6F (Official Form 6F) (12/07) - Cont.

In re **Rohit Vikash Prasad & Munita Aileen Prasad** , Case No. **2010-27437**

Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> KSTN 107.3FM <br> 12740 Hillcrest Dr. <br> Dallas, TX 75230 | | C | Consideration: Advertising | | | | 4,000.00 |
| ACCOUNT NO. <br> Law Office of Chung S. Poon <br> 1322 Webster Street Suite 401 <br> Oakland, CA 94612 | | J | Consideration: Collection Agency Collecting for Financial Pacific Bonds | | | | Notice Only |
| ACCOUNT NO. <br> Lemon Lawyers <br> 1400 Coleman Ave Suite C-14 <br> Santa Clara, CA 95050 | | C | Incurred: 01/23/2009 <br> Consideration: Lawsuit <br> Case# 07-AS01244 | | | | 19,000.00 |
| ACCOUNT NO. Triple SSS Auto Sales <br> Maadaarani Auto Sales <br> 301 El Camino Ave. <br> Sacramento, CA 95815 | | | Consideration: Other | | | | 4,000.00 |
| ACCOUNT NO. 7550 <br> McCarthy, Burgess & Wolff <br> 26000 Cannon Rd. <br> Cleveland, OH | | C | Consideration: Collection Agency Collecting for Ebiz Auto Advertisment | | | | Notice Only |

Sheet no. _14_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 27,000.00

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-748 - 22561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad_____,  Case No.  2010-27437_____
                    Debtor                                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7550 <br><br> McCarthy, Burgess & Wolff <br> 26000 Cannon Road <br> Cleveland, OH 44146 | | J | Consideration: Collection Agency <br> Collecting for Ebiz Auto Advertisement | | | | Notice Only |
| ACCOUNT NO.  8501 <br><br> Microbilt <br> 1640 Airport Rd, Suite 115 <br> Kennesaw, GA 30144 | | C | Consideration: Credit Agency | | | | 8,905.42 |
| ACCOUNT NO.  9323 <br><br> Mobile Mini Inc <br> PO Box 79149 <br> Phoenix,  AZ 85062-9149 | | C | Consideration: Default Judgement | | | | 26,001.33 |
| ACCOUNT NO.  0328 <br><br> Money Control <br> 7891 Mission Grove Pkwy Suite A <br> Riverside, CA 92508-6004 | | C | Consideration: Collection Agency <br> Collecting for ATT Home | | | | Notice Only |
| ACCOUNT NO.  8501 <br><br> NACM Oregon <br> 7931 NE Helsey S 200 <br> Portland, OR 97213 | | C | Consideration: Collection Agency <br> Collecting for Microbilt | | | | Notice Only |

Sheet no. _15_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  34,906.75

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver 4.5.3-748 - 32561

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Rohit Vikash Prasad & Munita Aileen Prasad</u>,     Case No. <u>2010-27437</u>
Debtor                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1007 Nationwide Credit Inc. 2015 Vaughn Rd NW Suite 400, Kennesaw, GA 30144-78 PO Box 740640 Atlanta, GA 30374-0640 | | C | Consideration: Collection Agency Collecting for American Express Plum | | | | Notice Only |
| ACCOUNT NO. 2746 NCB Management Services, Inc. PO Box 1099 Langhorne, PA 19047 | | C | Consideration: Collection Agency Collecting for HFC Loan | | | | Notice Only |
| ACCOUNT NO. 1107 NCO Financial Systems Inc. PO Box 510950 New Berlin, WI 53151 | | C | Consideration: Collection Agency Collecting for Fedex | | | | Notice Only |
| ACCOUNT NO. 3241 Nowcom 4751 Wilshire Blvd. S115 Los Angeles, CA 90010 | | C | Consideration: Credit Services | | | | 452.00 |
| ACCOUNT NO. Photo Exchange 509 13th St. S1 Modesto, CA 95354 | | C | Consideration: Advertising | | | | 2,950.00 |

Sheet no. <u>16</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,402.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Rohit Vikash Prasad & Munita Aileen Prasad                ,     Case No.    2010-27437
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4434 <br><br> Placer County Water Agency <br> PO Box 6570 <br> Auburn, CA 95604-6570 | | C | Incurred: 01/01/2009 <br> Consideration: Utilities | | | | 331.00 |
| ACCOUNT NO. <br><br> Rapid Recovery <br> 2701 Del Paso Rd. S130-281 <br> Sacramento, CA 95835 | | C | Consideration: Repossession Services | | | | 800.00 |
| ACCOUNT NO.  771...8494 <br><br> Reynold & Reynold <br> 23150 Network Place <br> Chicago, IL 60673-1231 | | C | Consideration: Legal Services | | | | 1,582.33 |
| ACCOUNT NO. <br><br> Ronald W. Dahl <br> Superior Court of California <br> 716 19th St. Suite 100 <br> 301 Bicentennial Court <br> Sacramento, CA 95814 | | C | Consideration: Collection Agency Collecting for Hussam Ahmed | | | | Notice Only |
| ACCOUNT NO.  0446 <br><br> Sacramento Auto Mart <br> 1700 Enterprise Way S101 <br> Marietta, GA 30067 | | C | Consideration: Collection Agency Collecting for Sacramento Auto Mart | | | | Notice Only |

Sheet no. _17_ of _22_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          2,713.33

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-748 - 22561

In re <u>Rohit Vikash Prasad & Munita Aileen Prasad</u>,    Case No. <u>2010-27437</u>
            Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0446 <br><br> Sacramento Auto Mart <br> 3017 Douglas Blvd. S240A <br> Roseville, CA 95661 | | C | Consideration: Advertising | | | | 35,000.00 |
| ACCOUNT NO. 4388 <br><br> Sacramento Auto Mercado <br> 7388 Reimington #101 <br> Fresno, CA 93711 | | C | Consideration: Advertising | | | | 29,578.90 |
| ACCOUNT NO. 4630 <br><br> Sacramento Bee <br> PO Box 15779 <br> Sacramento, CA 95852 | | C | Consideration: Advertising | | | | 38.46 |
| ACCOUNT NO. 2012 <br><br> Sacramento Coca Cola <br> PO Box 160608 <br> Sacramento, CA 95816 | | C | Consideration: Vending Services | | | | 415.83 |
| ACCOUNT NO. 1933 <br><br> Sacramento County Revenue <br> 10669 Coloma Road <br> Rancho Cordova, CA 95670 | | C | Consideration: Business Tickets | | | | 5,600.00 |

Sheet no. <u>18</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 70,633.19

Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.3-748 - 22561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad          ,          Case No.    2010-27437
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Triple SSS Auto Sales<br><br>SAFE Credit Union<br>PO Box 609000<br>North Highlands, CA 95660-9000 | | J | Consideration: Business Warranty Refunds | | | | 25,000.00 |
| ACCOUNT NO.  383...602<br><br>SAFE Credit Union<br>PO Box 609000<br>North Highlands, CA 95660-9000 | | J | Consideration: Line of Credit | | | | 120,000.00 |
| ACCOUNT NO.<br><br>Seccion Amarilla<br>PO Box 3222<br>Louisville, KY 40201 | C | | Consideration: Advertising | | | | 3,000.00 |
| ACCOUNT NO.<br><br>Seccion Amarilla USA<br>3350 S.W. 14th Ave. S410<br>Miramar, FL 33027 | C | | Consideration: Collection Agency Collecting for Seccion Amarilla | | | | Notice Only |
| ACCOUNT NO.  Triple SSS Auto Sales<br><br>Smog Diagnostics Specialists<br>3251 Northgate Blvd.<br>Sacramento, CA 95833 | | J | Consideration: Vehicle Smogs | | | | 1,500.00 |

Sheet no. __19__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    149,500.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Rohit Vikash Prasad & Munita Aileen Prasad</u>,     Case No. <u>2010-27437</u>
                        Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0975 <br><br> Smud <br> PO Box 1555 <br> Sacramento, CA 95852 | | C | Consideration: Utilities | | | | 1,706.61 |
| ACCOUNT NO. PRA0022 <br><br> South Placer Utility <br> 5807 Springview Dr. <br> Rocklin, CA 95677-3655 | | C | Incurred: 01/01/2009 <br> Consideration: Utilities | | | | 125.00 |
| ACCOUNT NO. 4741 <br><br> T Mobile <br> PO Box 51843 <br> Los Angeles, CA 90051-6143 | | C | Consideration: Telecommunications Services | | | | 200.52 |
| ACCOUNT NO. 2857 <br><br> The CBE Group <br> PO Box 900 <br> Waterloo, IA 50704 | | C | Consideration: Collection Agency <br> Collecting for Dish Network Commercial | | | | Notice Only |
| ACCOUNT NO. 9801 <br><br> The Noble Way Pest Control <br> 930 Striker Ave. Suite A <br> Sacramento, CA 95834 | | C | Consideration: Pest Control | | | | 130.00 |

Sheet no. <u>20</u> of <u>22</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,162.13

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-748 - 22561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad        ,    Case No.  2010-27437
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Triple SSS Auto Sales<br><br>Tires 4 Less<br>3200 Marysville Blvd.<br>Sacramento, CA 95815-1411 | | J | Consideration: Tires | | | | 5,000.00 |
| ACCOUNT NO.  Triple SSS Auto Sales<br><br>TV Chismes<br>936 Enterprise Drive<br>Sacramento, CA 95825 | | J | Consideration: Advertisement | | | | 4,500.00 |
| ACCOUNT NO.  2087<br><br>UC Davis Medical Center<br>2315 Stockton Blvd.<br>Sacramento, CA 95817 | | J | Consideration: Medical Services | | | | 55,000.00 |
| ACCOUNT NO.  3005<br><br>United Recovery Systems<br>PO Box 722929<br>Houston, TX 77272-2929 | C | | Consideration: Collection Agency Collecting for American Express Blue | | | | Notice Only |
| ACCOUNT NO.<br><br>Valerie Ackerman<br>760 Duncan Ct.<br>Folsom, CA 95630 | C | | Consideration: Accounting | | | | 270.00 |

Sheet no.  21  of 22  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►  $  64,770.00

Total ►  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.3-748 - 32561

B6F (Official Form 6F) (12/07) - Cont.

In re  Rohit Vikash Prasad & Munita Aileen Prasad  ,  Case No.  2010-27437
_____  _____
Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4388 <br><br> Verngroff, Williams, & Associates <br> PO Box 4155 <br> Sarasota, FL 34230-4155 | | C | Consideration: Collection Agency <br> Collecting for Sacramento Auto Mercado | | | | Notice Only |
| ACCOUNT NO. <br><br> W. Austin Cooper <br> 2525 Natomas Park Dr. S320 <br> Sacramento, CA 95833 | | C | Consideration: Lawsuit <br> Case# 07AS01244 | | | | 1,000.00 |
| ACCOUNT NO.  64571 <br><br> Weideman Pediatric <br> 7916 Pebble Beach Dr. S101 <br> Citrus Heights, CA 95610 | | C | Incurred: 2/11/09 <br> Consideration: Medical Services | | | | 296.50 |
| ACCOUNT NO.  Triple SSS Auto Sales <br><br> Winn Law Group <br> PO Box 1216 <br> Fullerton, CA 92836 | | J | Consideration: Collection Agency <br> Collecting for Citi Auto Financial | | | | Notice Only |
| ACCOUNT NO. <br><br><br><br> | | | | | | | |

Sheet no. __22__ of __22__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 1,296.50

Total ▶ | $ | 789,198.05

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-748 - 32561

In re __Rohit Vikash Prasad & Munita Aileen Prasad__     Case No. __2010-27437__

             **Debtor**                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

In re  Rohit Vikash Prasad & Munita Aileen Prasad          Case No.  2010-27437
             **Debtor**          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

B6I (Official Form 6I) (12/07)

In re __Rohit Vikash Prasad & Munita Aileen Prasad__ Case __2010-27437__

Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Daughter, Daughter, Daughter | AGE(S): 10, 7, 4 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Unemployed |
| Name of Employer | | |
| How long employed | 2 yrs, 3 mos | 2 yrs, 3 mos |
| Address of Employer | | |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: ) | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6.. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 1,700.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance ( Specify (D)Unemployment (S)Unemployment | $ 1,950.00 | $ 1,950.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | $ 0.00 | $ 0.00 |
| (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,650.00 | $ 1,950.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 3,650.00 | $ 1,950.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 5,600.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None

_Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561_

B6J (Official Form 6J) (12/07)

In re   Rohit Vikash Prasad & Munita Aileen Prasad          Case No.  2010-27437
                    Debtor                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $    3,800.00 |
| a. Are real estate taxes included? | Yes _____ No ___✓___ | |
| b. Is property insurance included? | Yes _____ No ___✓___ | |
| 2. Utilities: a. Electricity and heating fuel | | $    350.00 |
| b. Water and sewer | | $    150.00 |
| c. Telephone | | $    510.00 |
| d. Other _____ | | $    0.00 |
| 3. Home maintenance (repairs and upkeep) | | $    250.00 |
| 4. Food | | $    800.00 |
| 5. Clothing | | $    300.00 |
| 6. Laundry and dry cleaning | | $    150.00 |
| 7. Medical and dental expenses | | $    50.00 |
| 8. Transportation (not including car payments) | | $    500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $    100.00 |
| 10. Charitable contributions | | $    0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $    300.00 |
| b. Life | | $    0.00 |
| c. Health | | $    0.00 |
| d. Auto | | $    226.00 |
| e. Other _____ | | $    0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $    0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $    576.00 |
| b. Other   2008 Dodge Magnum | | $    560.00 |
| c. Other _____ | | $    0.00 |
| 14. Alimony, maintenance, and support paid to others | | $    0.00 |
| 15. Payments for support of additional dependents not living at your home | | $    0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $    0.00 |
| 17. Other _____ | | $    0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $    8,622.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

        None

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | (Includes spouse income of $1,950.00. See Schedule I) | | $    5,600.00 |
| b. Average monthly expenses from Line 18 above | | | $    8,622.00 |
| c. Monthly net income (a. minus b.) | (Net includes Debtor/Spouse combined Amounts) | | $    -3,022.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver  4 5 3-748 - 32561

# United States Bankruptcy Court
## Eastern District of California

In re    Rohit Vikash Prasad & Munita Aileen Prasad

Debtor

Case No.    2010-27437

Chapter    7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 1,237,836.00 | | |
| B – Personal Property | YES | 4 | $ 27,502.94 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 4 | | $ 2,102,231.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 38,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 23 | | $ 789,198.05 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,600.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 8,622.00 |
| TOTAL | | 41 | $ 1,265,338.94 | $ 2,929,929.95 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-748 - 32561

# United States Bankruptcy Court
### Eastern District of California

In re    Rohit Vikash Prasad & Munita Aileen Prasad           Case No.    2010-27437
                                    Debtor

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 38,500.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 38,500.00 |

State the Following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 5,600.00 |
| Average Expenses (from Schedule J, Line 18) | $ 8,622.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 6,166.66 |

State the Following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 804,672.15 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 5,500.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 33,000.00 |
| 4. Total from Schedule F | | $ 789,198.05 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1,626,870.20 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-748 - 32561

B6 (Official Form 6 - Declaration) (12/07)

Rohit Vikash Prasad & Munita Aileen Prasad

In re _____   Case No. 2010-27437
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___43___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __4-6-10__

Signature: _____
　　　　　　　　　　　Debtor

Date __4-6-10__

Signature: _____
　　　　　　　　(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　　_____
Printed or Typed Name and Title, if any,　　　　　　Social Security No.
of Bankruptcy Petition Preparer　　　　　　　　　(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____　　　_____
　　Signature of Bankruptcy Petition Preparer　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____　　　Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

In Re  Rohit Vikash Prasad & Munita Aileen Prasad

Case No. 2010-27437
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2010(db) | 0.00 | Unemployed |
| 2009(db) | 0.00 | Unemployed |
| 2008(db) | 35,000.00 | Triple SSS Auto Sales |
| | | |
| 2010(jdb) | 0.00 | Unemployed |
| 2009(jdb) | 0.00 | Unemployed |
| 2008(jdb) | 37,500.00 | Triple SSS Auto Sales |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-748 - 32561

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2010 (db) | 7,900.00 | Unemployment |
| 2009(db) | 23,700 | Unemployment |
| 2010(jdb) | 7,900.00 | Unemployment |
| 2009(jdb) | 23,700.00 | Unemployment |

**3. Payments to creditors**

None ☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒ c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| John Cook | K Action | Sacramento Superior Court | Closed |
| John Cook Case# 7AS01244 | K Action | Sacramento Superior Court | Closed |
| Ignacio Contreras Case# 07AS04896 | K Action | Sacramento Superior Court | Dismissed |
| Lilia Landeros Case# 00012204-CU-COG | K Action | Sacramento Superior Court | Dismissed |
| Rohit Prasad & Munita Prasad vs Financial Pacific Insurance Co. | Breach of Contract | Superior Court of California 10820 Justice Center Drive Roseville, CA 95678 | Default Judgment |
| Cipriano Vidales Case# 09SC06332 | Money Damages | Carol Miller Justice Center | Judgement entered against Rohit Prasad / Triple SSS |
| CNA Surety / Kazlow and Fields | Creditor Judgement (Civil) | Superior Court of California | Pending Judgement against Rohit Prasad / Triple SSS |
| Mobile Mini | Creditor Judgement | Superior Court of Placer County | Default Judgement against Rohit Prasad / Triple SSS |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sam Hussad / Landlord Business Case# 08UD13410 | Eviction Action | Superior Court of Sacramento | Judgement against Rohit Prasad Triple SSS |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Chase Auto Finance PO Box 78068 Phoenix, AZ 85062-8068 | 4/8/2009 | 2007 Mercedes S550 $49,000.00 |

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒    one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒    this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐    attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Fraley and Fraley<br>1401 El Camino Ave. Suite 370<br>Sacramento, CA 95815 | 12/30/2009 | Attorney Fees $5,049.00<br>Filing Fees $299.00<br>Credit Counseling Fees $49.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.1-748 - 32561

**10. Other transfers**

None ☒
a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.     (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Triple SSS Investment, Inc. | 6321 | 200 Bellingham Court Lincoln, CA 95648 | Used Auto Retail | 10/01/2006-01/22/09 |
| | | | | Debtor still owns corporate name |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Richard Spalding<br>5508 Oak Hills Court<br>Carmichael, CA 95608 | 10/06 - 1/09 |
| Valerie Ackerman<br>760 Duncan Court<br>Folsom, CA 95630 | 10/06 - 1/09 |

None ☒

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Rohit Prasad<br>Munita Prasad | 200 Bellingham Ct.<br>Lincoln, CA 95648 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4 5.3-748 - 32561

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒         a financial statement was issued within the two years immediately preceding the commencement of this case by
          the debtor.

NAME AND ADDRESS                         DATE
                                              ISSUED

### 20. Inventories

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐         taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
                                                              (Specify cost, market or other basis)

                                                                No formal inventory ever done

      n/a                         n/a                                   No formal inventory ever done

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒         reported in a., above.

DATE OF INVENTORY                               NAME AND ADDRESSES OF CUSTODIAN OF
                                                            INVENTORY RECORDS

### 21. Current Partners, Officers, Directors and Shareholders

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS            NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐         directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Rohit Prasad<br>200 Bellingham Ct.<br>Lincoln, CA 95648 | Chief Executive Officer | |
| Munita Prasad<br>200 Bellingham Ct.<br>Lincoln, CA 95648 | Secretary | |

**22. Former partners, officers, directors and shareholders**

None  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒  immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒  terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23.  Withdrawals from a partnership or distribution by a corporation**

None  If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☒  insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24.  Tax Consolidation Group**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☐  corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| Triple SSS Investments, Inc. | 6321 |

**25.  Pension Funds**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒  fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.3-748 - 32561

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    4-6-10      Signature of Debtor      ROHIT VIKASH PRASAD

Date    4-6-10      Signature of Joint Debtor      MUNITA AILEEN PRASAD

     0    continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X

Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc.- ver. 4.5.3-748 - 32561

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Rohit Vikash Prasad & Munita Aileen Prasad

In re ────────────────────────────── ,   Case No. ___2010-27437___
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A - Debts secured by property of the estate.** *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Blackburne and Brown<br>4811 Chippendale Dr. S101<br>Sacrmamento, CA 95841 | El Camino Avenue Commercial Property |

Property will be *(check one):*
- ☐ Surrendered　　　　　　　☑ Retained

If retaining the property, I intend to *(check at least one):*
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain retain, keep current _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one):*
- ☑ Claimed as exempt　　　　　　　　☐ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Sacramento County Tax Collector<br>PO Box 508<br>Sacramento, CA 95812 | El Camino Avenue Commercial Property |

Property will be *(check one):*
- ☐ Surrendered　　　　　　　☑ Retained

If retaining the property, I intend to *(check at least one):*
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain retain, keep current _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one):*
- ☑ Claimed as exempt　　　　　　　　☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No. 1     NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES          ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES          ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)): <br><br> ☐ YES          ☐ NO |

___7___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: ___4-6-10___

_____
Signature of Debtor

_____
Signature of Joint Debtor

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A  - Continuation

---

**Property No: 3**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Citi Mortage | Bellingham Court Residence |
| PO Box 6006 | |
| The Lakes, NV 88901-6006 | |

Property will be  *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other. Explain  <u>retain, keep current</u> _____          (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☑ Claimed as exempt          ☐ Not claimed as exempt

---

**Property No: 4**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Flagstar Mortgage | Bellingham Court Residence |
| PO Box 371891 | |
| Pittsburgh, PA 15250-7891 | |

Property will be  *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other. Explain  <u>retain, keep current</u> _____          (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☑ Claimed as exempt          ☐ Not claimed as exempt

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-748 - 32561

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A   - Continuation

---

Property No: 5

**Creditor's Name:**
Placer County Tax
2976 Richardson Dr.
Auburn, CA 95603

**Describe Property Securing Debt:**
Bellingham Court Residence

Property will be   *(check one)*:

☐   Surrendered                              ☑   Retained

If retaining the property, I intend to   *(check at least one)*:

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  retain, keep current _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is   *(check one)*:
☑   Claimed as exempt                        ☐   Not claimed as exempt

---

Property No: 6

**Creditor's Name:**
Lincoln Crossing
Meritt Property Managment
PO Box 30488
Los Angeles, CA 90030-0488

**Describe Property Securing Debt:**
Bellingham Court Residence

Property will be   *(check one)*:

☐   Surrendered                              ☑   Retained

If retaining the property, I intend to   *(check at least one)*:

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  retain, keep current _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is   *(check one)*:
☑   Claimed as exempt                        ☐   Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A   - Continuation

---

Property No: 7

**Creditor's Name:**
Bank of America
PO Box 5170
Simi Valley, CA 93062-5170

**Describe Property Securing Debt:**
Albatross Way Rental Property

Property will be  *(check one)*:

☐  Surrendered               ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  <u>retain, keep current</u>                               (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☑  Claimed as exempt               ☐  Not claimed as exempt

---

Property No: 8

**Creditor's Name:**
One West Bank
888 East Walnut Street
Pasadena, CA 91101

**Describe Property Securing Debt:**
Albatross Way Rental Property

Property will be  *(check one)*:

☐  Surrendered               ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  <u>retain, keep current</u>                               (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☑  Claimed as exempt               ☐  Not claimed as exempt

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-748 - 32561

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A   - Continuation

---

Property No: 9

**Creditor's Name:**
Placer County Tax
2976 Richardson Dr.
Auburn, CA 95603

**Describe Property Securing Debt:**
Albatross Way Rental Property

Property will be   *(check one):*

☐   Surrendered          ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain   retain, keep current                                    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑   Claimed as exempt          ☐   Not claimed as exempt

---

Property No: 10

**Creditor's Name:**
Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170

**Describe Property Securing Debt:**
Bellingham Court Rental Property

Property will be   *(check one):*

☐   Surrendered          ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain   retain, keep current                                    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑   Claimed as exempt          ☐   Not claimed as exempt

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.3.3-748  -  32561

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A   - Continuation

---

Property No: 11

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Flagstar Mortgage | Bellingham Court Rental Property |
| PO Box 371891 | |
| Pittsburgh, PA 15250-7891 | |

Property will be *(check one):*

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☑ Other. Explain  retain, keep current                          (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is *(check one):*
☑ Claimed as exempt          ☐ Not claimed as exempt

---

Property No: 12

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Placer County Tax | Bellingham Court Rental Property |
| 2976 Richardson Dr. | |
| Auburn, CA 95603 | |

Property will be *(check one):*

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☑ Other. Explain  retain, keep current                          (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is *(check one):*
☑ Claimed as exempt          ☐ Not claimed as exempt

---

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-748 - 32561

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A  - Continuation

---

**Property No: 13**

**Creditor's Name:**
Lincoln Crossing
Meritt Property Managment
PO Box 30488
Los Angeles, CA 90030-0488

**Describe Property Securing Debt:**
Bellingham Court Rental Property

Property will be  *(check one)*:

☐  Surrendered                    ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other. Explain __retain, keep current__                                    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☑  Claimed as exempt                    ☐  Not claimed as exempt

---

**Property No: 14**

**Creditor's Name:**
Wells Fargo
PO Box 60510
Los Angeles, CA 90060-0510

**Describe Property Securing Debt:**
2008 Dodge Magnum

Property will be  *(check one)*:

☑  Surrendered                    ☐  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☐  Other.  Explain _____                                    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt                    ☑  Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A   - Continuation

| Property No: 15 | |
|---|---|
| **Creditor's Name:**<br>Golden One Credit Union<br>PO Box 15966<br>Sacramento, CA 95852 | **Describe Property Securing Debt:**<br>2001 E320 Mercedes Benz |

Property will be *(check one):*

☐   Surrendered                    ☑   Retained

If retaining the property, I intend to *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other. Explain  retain, keep current _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*
☑   Claimed as exempt                          ☐   Not claimed as exempt